# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR R. JONES,<br><br>   Plaintiff,<br><br> v.<br><br>E. MEDDLY,<br><br>   Defendant. | Case No. 1:17-cv-00109-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S REPLY TO DEFENDANT'S ANSWER TO COMPLAINT<br><br>(ECF No. 19) |

  Plaintiff Arthur R. Jones is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

  On August 29, 2017, Plaintiff filed a reply to Defendant's answer to the complaint, stating that he objects to the defenses raised as false and without merit. (ECF No. 19.)

  Federal Rule of Civil Procedure 7 lists all pleadings that are permitted, including "if the court orders one, a reply to an answer." Fed. R. Civ. P. 7(a)(7) (emphasis added). No request to file a reply to the answer was sought in this case, and the Court declines to require it.

  Accordingly, Plaintiff's reply to Defendant's answer to the complaint is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated: **October 11, 2017**

                 UNITED STATES MAGISTRATE JUDGE