

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR R. JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E. MEDDLY,<br><br>　　　　　Defendant. | Case No.: 1:17-cv-00109-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE ARTHUR R. JONES, CDCR # AR-8412 |

Plaintiff Arthur R. Jones is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on March 1, 2018. Inmate Arthur R. Jones, CDCR Inmate # AR-8412, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

Dated: **March 1, 2018**

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE