UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ARTHUR R. JONES, | Case No.: 1:17-cv-00109-SAB (PC) |
|---|---|
| Plaintiff, | ORDER STRIKING PLAINTIFF'S RESPONSE TO DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT |
| v. | |
| E. MEDDLY, | |
| Defendant. | (ECF No. 34) |

On November 5, 2018, Plaintiff filed a response to Defendant's reply to Plaintiff's opposition to Defendants' motion for summary judgment. (ECF No. 34.) The Court construes this filing as a surreply.

No further briefing on Defendant's motion for summary judgment is permitted absent leave of court. The Court did not grant Plaintiff leave to file a surreply, and the Court does not desire any further briefing on the motion.

Accordingly, Plaintiff's surreply (ECF No. 34) is HEREBY STRICKEN from the record.

IT IS SO ORDERED.

Dated: __**November 7, 2018**__  
UNITED STATES MAGISTRATE JUDGE